IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT A. HALL REVOCABLE TRUST;                                    PLAINTIFFS
ROBERT A. HALL, JR., individually and as Trustee;
DOLORES A. HALL REVOCABLE TRUST; and
SUSANNE CAMPBELL HALL

v.                              No. 4:17CV00836 JLH

U.S. SPECIALTY INSURANCE COMPANY;
and CMM MECHANICAL, LLC                                            DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 8th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE